

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212-768-6821

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021
```

July 2, 2021

**VIA ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application DENIED. The parties' request is tantamount to a request for an extension, which I previously indicated would not be granted absent exigent circumstances. (*See* 6/8/2021 Order, ECF No. 15.) The parties have not shown such circumstances here. Accordingly, the deadline for Defendant to respond to the Complaint remains July 9, 2021. (*See id*.) In addition, the parties are directed to appear for a telephone conference on July 8, 2021 at 11:00 a.m. to address the disposition of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.
SO ORDERED.
Dated: July 2, 2021

Re: *Paguada v. BudsGunShop.Com LLC*, Case No. 1:21-cv-00739-PGG-SDA

Dear Judge Aaron:

We represent defendant BudsGunShop.Com LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Dilenia Paguada, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 2, 2021 to August 16, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc: All counsel of record (by ECF)